BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ALAINA PHIPPS** | ) | Case No.   2:14-cv-2306 KJN |
| | ) | |
| | ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| **Plaintiff,** | ) | |
| v. | ) | |
| **COMMISSIONER OF SSA** | ) | |
| **Defendant.** | ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from March 17, 2015, to April 16, 2015, with all other deadlines extended accordingly.  This extension is required due to counsel's unexpected need to be out of the office.

/ / / /

/ / / /

/ / / /

| | | |
|---|---|---|
| 1 | Dated: March 17, 2015 | */s/Bess M. Brewer*<br>BESS M. BREWER |
| 2 | | Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 6 | Dated: March 17, 2015 | Benjamin B. Wagner<br>United States Attorney |
| 8 | | Donna L. Calvert<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| 10 | | /s/ Sundeep Patel |
| 11 | | SUNDEEP PATEL<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   March 18, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE